435 A.2d 1323

Commonwealth v. Dunois, Appellant.

Petition for Allowance of Appeal Denied Oct. 30, 1981.

Argued November 11, 1980. P. Andrew Diamond, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before PRICE, CAVANAUGH and HOFFMAN, JJ.

Judgment of sentence affirmed.